FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

_____

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.                                    O R D E R

PAMELA JO POLEJEWSKI,

        Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on July 29, 2020, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

Appellant's opening brief does not contain a table of authorities with references to the pages of the brief where they are cited as required by M. R. App. P. 12(1)(a). Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
July 30 2020